In the United States District Court For the Southern District of Illinois

Frank Thomas
plaintiff

v.

Blankenship et. al
Defendent

Case No. 3:15-CV-988-NJR-DGW

## Order for change of address

Now comes Frank Thomas to change address and forward motions to complete basis for law-suit and judgement...

present address Robinson-Corr. Center 13423 East 1150th Ave. Robinson Illinois 62454. This is my present address and all correspondence shall be sent to this address.

Signed Mr. Frank Thomas Jr.
Dated 10-27-2016